```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 17598
    JOSEPHINE COOK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9038


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 05/04/2005 and was confirmed 07/14/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors   10.00%.

       The case was dismissed after confirmation 06/28/2007.
------------------------------------------------------------------------------
    CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID            PAID
------------------------------------------------------------------------------
    WELLS FARGO FINANCIAL AC  SECURED            5325.00          426.84           679.40
    WELLS FARGO FINANCIAL AC  UNSECURED          1232.46             .00              .00
    CAPITAL ONE               UNSECURED           603.64             .00              .00
    CAPITAL ONE BANK          UNSECURED         NOT FILED            .00              .00
    CAPITAL ONE               NOTICE ONLY       NOT FILED            .00              .00
    CBCS                      UNSECURED         NOT FILED            .00              .00
    CHARTER ONE BANK          UNSECURED         NOT FILED            .00              .00
    CHECK INTO CASH INC       UNSECURED           144.00             .00              .00
    CITY OF CHICAGO PARKING   UNSECURED          1020.00             .00              .00
    COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00              .00
    CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED            .00              .00
    CREDIT PROTECTION ASSOCI  NOTICE ONLY       NOT FILED            .00              .00
    B-LINE LLC                UNSECURED          1133.77             .00              .00
    CROSS COUNTRY BANK        NOTICE ONLY       NOT FILED            .00              .00
    DEBT RECOVERY SOLUTIONS   UNSECURED         NOT FILED            .00              .00
    FORTE COMMUNICATIONS      UNSECURED         NOT FILED            .00              .00
    JEFFERSON CAPITAL SYSTEM  UNSECURED           816.86             .00              .00
    MIDLAND CREDIT            NOTICE ONLY       NOT FILED            .00              .00
    PEOPLES GAS LIGHT & COKE  UNSECURED              .00             .00              .00
    RISK MANAGEMENT ALTERNAT  UNSECURED         NOT FILED            .00              .00
    SBC                       NOTICE ONLY       NOT FILED            .00              .00
    AT & T BANKRUPCTY         UNSECURED          1028.26             .00              .00
    SPRINT                    UNSECURED         NOT FILED            .00              .00
    T-MOBILE BANKRUPTCY       UNSECURED           580.99             .00              .00
    T MOBILE                  NOTICE ONLY       NOT FILED            .00              .00
    CITY OF ELMHURST          UNSECURED         NOT FILED            .00              .00
    VILLAGE OF OAK PARK       UNSECURED         NOT FILED            .00              .00
    ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,399.20                          2,386.00
    TOM VAUGHN                TRUSTEE                                                179.76
    DEBTOR REFUND             REFUND                                                 221.00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 17598 JOSEPHINE COOK
```

```
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   3,893.00

PRIORITY                                              .00
SECURED                                            679.40
    INTEREST                                       426.84
UNSECURED                                             .00
ADMINISTRATIVE                                   2,386.00
TRUSTEE COMPENSATION                               179.76
DEBTOR REFUND                                      221.00
                         ---------------   ---------------
TOTALS                    3,893.00              3,893.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/04/07         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE